UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-65-KSF

ELLIS K. PRIDEMORE                                                                   PLAINTIFF

v.                                    **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                        DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

The court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This October 24, 2008.

Signed By:

*Karl S. Forester* KSF

**United States Senior Judge**

1